WILLIAM VOESSLER, PETITIONER-DEFENDANT, v. PALM FLETCHTELER & COMPANY, RESPONDENT-DEFENDANT, AND JOHN J. TOOHEY. Jr., STATE COMMISSIONER OF LABOR, RESPONDENT-PROSECUTOR.

Submitted October term, 1937—Decided January 8, 1938.

Before Justices BODINE, HEHER and PERSKIE.

For the respondent-prosecutor, *William J. Egan* and *Stephen J. Lorenz.*

For the petitioner-defendant, *Henry Harris.*

For the respondent-defendant, *Edwin J. O'Brien.*

PER CURIAM.

The writ will be allowed.

VICTOR DAVAILLON, PROSECUTOR, v. THE CITY OF ELIZABETH, A MUNICIPAL CORPORATION IN THE COUNTY OF UNION AND STATE OF NEW JERSEY, AND THE CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY, AND THOMAS P. LUCHIO, DEFENDANTS.

Submitted October term, 1937—Decided January 28, 1938.

Before Justices BODINE, HEHER and PERSKIE.

For the prosecutor, *Osborne, Cornish & Scheck* (*Harry V. Osborne* and *Ervin S. Fulop*).

For the city of Elizabeth, *Edward Nugent.*

For Thomas P. Luchio, *Daniel J. O'Hara.*

For the civil service commission, *David T. Wilentz* and *John Solan.*

PER CURIAM.

The writ will be allowed.